646

Assistant Attorneys General, for respondent.

No. 132. CLAWANS v. WHITE. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Lillian Clawans, pro se.*

No. 144. BATES v. JOHNSTON, WARDEN. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *A. L. Bates, pro se.*

No. 157. MOORE v. MISSOURI PACIFIC RAILROAD Co. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed further *in forma pauperis,* denied. *Mrs. W. A. Moore, pro se.*

No. 166. PENNSYLVANIA EX REL. TOLIVER v. ASHE, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Louis Toliver, pro se.*